...torney General *Wideman* for the United States.

No. 326. QUEEN *v.* COMMONWEALTH TRUST CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William A. Schnader* and *John Duggan, Jr.,* for petitioner. *Messrs. John M. Freeman* and *H. F. Stambaugh* for respondents.

No. 327. BALTIMORE EQUITABLE SOCIETY *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman* and *Mr. H. Brian Holland* for the United States.

No. 328. VARGAS *v.* CHUA ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Jose Yulo* for petitioner. No appearance for respondents.

No. 330. CORSICANA *v.* HULEN, RECEIVER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard Mays* for petitioner. *Messrs. Wm. F. Dickinson, Bruce Scott, J. H. Barwise,* and *Wm. R. Watkins* for respondent.

No. 331. LOUIS GATTO *v.* UNITED STATES; and
No. 332. DOROTHY GATTO *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of